### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNNIE R. COLLINS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-CV-414-PJC |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
|     Defendant. ) | |

### O R D E R

Upon consideration of Defendant's Motion to Reverse and Remand (Dkt. #18), to which there is no objection, and for good cause shown, it is hereby ORDERED that the Commissioner's decision be reversed and this case remanded to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Upon remand, the Administrative Law Judge will further develop the record regarding Plaintiff's educational level, including his ability to read and write.

DATED this 18th day of May, 2006.

_____
Paul J. Cleary
United States Magistrate Judge